RECEIVED
MAY - 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRENDA MELANCON o/b/o LEBRENDAN WHITE,<br>         Plaintiff | CIVIL ACTION 1:11-1794 |
| VERSUS | JUDGE DEE D. DRELL |
| STATE OF LOUISIANA, et al.,<br>         Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss filed by the City of Vidalia (Doc. 9) is GRANTED and that Melancon's action is DISMISSED FOR LACK OF STANDING.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of May, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE